LIPSON NEILSON, P.C.
KALEB D. ANDERSON, ESQ. (BAR NO. 7582)
DAVID T. OCHOA, ESQ. (BAR NO. 10414)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
kanderson@lipsonneilson.com
dochoa@lipsonneilson.com
*Attorneys for Sun City Anthem Community Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-13CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-13CB,<br><br>Plaintiff,<br><br>vs.<br><br>SUN CITY ANTHEM COMMUNITY ASSOCIATION, INC.; 2167 MAPLE HEIGHTS TRUST; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | CASE NO.: 2:17-cv-02161-APG-PAL<br><br>**STIPULATED MOTION AND ORDER TO MUTUALLY EXTEND THE DEADLINES FOR SUN CITY ANTHEM AND BANK OF NEW YORK MELLON TO FILE RESPONSES TO EACH OTHERS MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Defendant SUN CITY ANTHEM COMMUNITY ASSOCIATION ("HOA"), and Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-13CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-13CB ("BNYM") hereby submit the following Stipulated Motion and Order to Extend the Deadline for the HOA'S Response to BNYM's Motion for Summary

Judgment (ECF No. 28) and to Extend the Deadline for BNYM's Response to the HOA's Motion for Summary Judgment (ECF No. 29).

BNYM's Motion for Summary Judgment (ECF No. 28) was filed on May 2, 2018, and the HOA's Motion for Summary Judgment (ECF No. 29) was filed the same day. The current deadline for the Responses is **May 23, 2018**. The parties have stipulated to an extension to accommodate the schedules of counsel as well as to continue ongoing negotiations. The extension is not sought for purpose of prejudice or delay. Accordingly, the HOA and BNYM hereby request an extension of the specified Response deadlines to **June 13, 2018.**

| AKERMAN LLP | LIPSON NEILSON P.C. |
|---|---|
| */s/ Tenesa Powell*<br>By:_____<br>Ariel E. Stern, Esq (Bar No. 8276)<br>Tenesa Powell, Esq. (Bar No. 12488)<br>1635 Village Center Circle, suite 200<br>Las Vegas, NV 89134 | */s/ David T. Ochoa*<br>By:_____<br>Kaleb D. Anderson, Esq. (Bar No. 7582)<br>David T. Ochoa, Esq. (Bar No. 10414)<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, NV 89144 |
| *Attorneys for The Bank of New York Mellon* | *Attorneys for Defendant SUN CITY ANTHEM COMMUNITY ASSOCIATION* |

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: May 21, 2018