AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No.12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-13CB, Mortgage Pass Through Certificates, Series 2005-13CB*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-13CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-13CB,<br><br>Plaintiff,<br>vs.<br><br>SUN CITY ANTHEM COMMUNITY ASSOCIATION, INC.; 2167 MAPLE HEIGHTS TRUST; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02161-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO SUN CITY ANTHEM COMMUNITY ASSOCIATION'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>[FIRST REQUEST] |
| 2167 MAPLE HEIGHTS TRUST,<br><br>Counterclaimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-13CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-13CB,<br><br>Counter-defendant. | |

45622609;1

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-13CB, Mortgage Pass Through Certificates, Series 2005-13CB (**BoNYM**), Defendant Sun City Anthem Community Association, Inc. (**HOA**) stipulate as follows:

1. BoNYM filed its motion for summary judgment on May 2, 2018. [ECF No. 28]. HOA filed it response to BoNYM's motion on June 13, 2018. [ECF No. 37]. BoNYM's reply is currently due on June 27, 2018.

2. The parties hereby stipulate and agree BoNYM shall have twelve (12) additional days to file its reply. The new deadline for BoNYM to file its reply in support of motion for summary judgment shall be **July 9, 2018**.

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated: June 26, 2018

| **AKERMAN LLP** | **LIPSON NEILSON P.C.** |
|---|---|
| */s/ Tenesa Powell* | */s/ David T. Ochoa* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-13CB, Mortgage Pass Through Certificates, Series 2005-13CB* | KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>DAVID T. OCHOA, ESQ.<br>Nevada Bar No. 10414<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Sun City Anthem Community Association* |

## **ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Dated: June 28, 2018.

45622609;1