MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
The Law Office of Mike Beede, PLLC
2470 St. Rose Pkwy., Ste. 307
Henderson, NV 89074
Phone: 702-473-8406
eservice@legallv.com
*Attorneys for Defendant/Counterclaimant 2167 Maple Heights Trust*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-13CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-13CB | CASE NO. 2:17-cv-02161-APG-PAL |
| Plaintiff, | **SUBSTITUTION OF COUNSEL FOR DEFENDANT/COUNTERCLAIMANT 2167 MAPLE HEIGHTS TRUST** |
| vs. | |
| SUN CITY ANTHEM COMMUNITY ASSOCIATION, INC.; 2167 MAPLE HEIGHTS TRUST; and RED ROCK FINANCIAL SERVICES, LLC | **ORDER** |
| Defendants. | |
| 2167 MAPLE HEIGHTS TRUST, | |
| Counterclaimant, | |
| v. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALTS, INC., ALTERNATIVE LOAN TRUST 2005-13CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-13CB | |
| Counterdefendant | |

1

Defendant/Counterclaimant 2167 Maple Heights Trust (hereafter "Defendant," or "Maple") hereby consents to the substitution of Michael N. Beede, Esq. and James W. Fox, Esq., of the Law Office of Mike Beede, PLLC, as its counsel in the place and stead of AYON LAW, PLLC and KOELLER NEBEKER CARLSON & HALUCK LLP in the above-entitled matter.

DATED this 4th day of September, 2019.

Joseph Neyer, Trustee for 2167 Maple Heights Trust

Luis Ayon, Esq. of AYON LAW, PLLC, hereby substitutes in Michael N. Beede, Esq. and James W. Fox, Esq., of the Law Office of Mike Beede, PLLC, in the above entitled matter, in his place and stead as attorney of record for Defendant/Counterclaimant 2167 Maple Heights Trust.

DATED this ____ day of September, 2019.

AYON LAW, PLLC

By:_____
    LUIS A. AYON, ESQ.
    Nevada Bar No. 9753
    8716 Spanish Ridge Ave., Suite 115
    Las Vegas, NV 89148

///
///
///
///
///
///

Defendant/Counterclaimant 2167 Maple Heights Trust (hereafter "Defendant," or "Maple") hereby consents to the substitution of Michael N. Beede, Esq. and James W. Fox, Esq., of the Law Office of Mike Beede, PLLC, as its counsel in the place and stead of AYON LAW, PLLC and KOELLER NEBEKER CARLSON & HALUCK LLP in the above-entitled matter.

DATED this _____ day of September, 2019.

_____
Joseph Neyer, Trustee for 2167 Maple Heights Trust

Luis Ayon, Esq. of AYON LAW, PLLC, hereby substitutes in Michael N. Beede, Esq. and James W. Fox, Esq., of the Law Office of Mike Beede, PLLC, in the above entitled matter, in his place and stead as attorney of record for Defendant/Counterclaimant 2167 Maple Heights Trust.

DATED this 10th day of September, 2019.

AYON LAW, PLLC

By: */s/ Luis A. Ayon, Esq.*
    LUIS A. AYON, ESQ.
    Nevada Bar No. 9753
    8716 Spanish Ridge Ave., Suite 115
    Las Vegas, NV 89148

///
///
///
///
///
///

Reginald Thomas, Esq. of Koeller Nebeker Carlson & Haluck, LLP, hereby substitutes in Michael N. Beede, Esq. and James W. Fox, Esq., of The Law Office of Mike Beede, PLLC, in the above entitled matter, in his place and stead as attorney of record for Defendant/Counterclaimant 2167 Maple Heights Trust.

DATED this 17th day of September, 2019.

KOELLER NEBEKER CARLSON & HALUCK, LLP

By: /s/ Reginald S. Thomas, Esq.
REGINALD S. THOMAS, ESQ.
Nevada Bar No. 14424
400 South Fourth Street, Suite 600
Las Vegas, NV 89101

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

3

The Law Office of Mike Beede, PLLC does hereby agree to substitute in place of Ayon Law, PLLC and Koeller Nebeker Carlson & Haluck, LLP, on behalf of Defendant/Counterclaimant, 2167 Maple Heights Trust in the above captioned matter.

DATED this 17th day of September, 2019.

THE LAW OFFICE OF MIKE BEEDE, PLLC

By: */s/ Michael Beede, Esq.*
    MICHAEL BEEDE, ESQ.
    Nevada Bar No. 13068
    JAMES W. FOX, ESQ.
    Nevada Bar No. 13122
    2470 St. Rose Pkwy, Suite 307
    Henderson, NV 89074
    T: 702-473-8406

**Case Name:** BNYM v. Sun City Anthem Community Association, Inc; et al.
**Case Number:** 2:17-cv-02161-APG-PAL

## ORDER

**IT IS SO ORDERED.**

Dated: October 3, 2019.

_____
**UNITED STATES DISTRICT JUDGE**