ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  nicholas.belay@akerman.com
*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-13CB, Mortgage Pass Through Certificates, Series 2005-13CB*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-13CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-13CB,<br><br>     Plaintiff,<br><br>vs.<br><br>SUN CITY ANTHEM COMMUNITY ASSOCIATION, INC.; 2167 MAPLE HEIGHTS TRUST; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>     Defendants. | Case No.: 2:17-cv-02161-APG-PAL<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| 2167 MAPLE HEIGHTS TRUST,<br><br>     Counterclaimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-13CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-13CB,<br><br>     Counterdefendant. | |

53108594;1

TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Tenesa S. Powell, Esq., is no longer associated with the law firm of Akerman LLP.  The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-13CB, Mortgage Pass Through Certificates, Series 2005-13CB (BoNYM) requests Ms. Powell be removed from the service list.

Akerman LLP continues to serve as counsel for BoNYM in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq., Natalie L. Winslow, Esq., and Nicholas E. Belay, Esq

DATED this 7th day of July, 2020

AKERMAN LLP

/s/ Nicholas E. Belay, Esq.
ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-13CB, Mortgage Pass Through Certificates, Series 2005-13CB*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: July 31, 2020

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:17-cv-02161-APG-PAL