JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG LAW OFFICE
One Summerlin
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
Tel: (702) 870-1777
Fax: (702) 810-0500
yosuphonglaw@gmail.com
*Attorneys for Defendant/Counterclaimant 2167 Maple Heights Trust*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-13CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-13CB, <br><br> Plaintiff, <br><br> vs. <br><br> SUN CITY ANTHEM COMMUNITY ASSOCIATION, INC.; 2167 MAPLE HEIGHTS TRUST; and RED ROCK FINANCIAL SERVICES, LLC, <br><br> Defendants. | CASE NO. 2:17-cv-02161-APG-PAL <br><br><br> **SUBSTITUTION OF COUNSEL FOR DEFENDANT/COUNTERCLAIMANT 2167 MAPLE HEIGHTS TRUST** |
| 2167 MAPLE HEIGHTS TRUST, <br><br> Counterclaimant, <br> vs. <br><br> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-13CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-13CB, <br><br> Counterdefendant. | |

Defendant/Counterclaimant 2167 Maple Heights Trust hereby consents to the substitution of Hong & Hong Law Office, as its counsel in place and stead of The Law Office of Mike Beede, PLLC in the above captioned matter.

DATED this 20th day of July, 2020.

                                                    _s/ Kenneth Berberich_
                                                  Kenneth Berberich, Trustee for 2167 Maple Heights Trust

Michael N. Beede, Esq. of The Law Office of Mike Beede, PLLC, does hereby consent to the substitution of Hong & Hong Law Office, in the above entitled matter, in his place and stead as attorney of record for Defendant/Counterclaimant 2167 Maple Heights Trust.

DATED this 20th day of July, 2020.

                                                  THE LAW OFFICE OF MIKE BEEDE, PLLC

                                                  By _/s/ Michael Beede_
                                                     MICHAEL BEEDE, ESQ.
                                                     Nevada Bar No. 13068
                                                     JAMES W. FOX, ESQ.
                                                     Nevada Bar No. 13122
                                                     2470 St. Rose Pkwy, Suite 307
                                                     Henderson, NV 89074
                                                     T: 702-473-8406

///
///
///
///
///
///
///
///

Joseph Y. Hong, Esq., of Hong & Hong Law Office, does hereby agree to substitute in the place of The Law Office of Mike Beede, PLLC, in the above entitled matter, in his place and stead as attorney of record for Defendant/Counterclaimant 2167 Maple Heights Trust.

DATED this 20th day of July, 2020.

HONG & HONG LAW OFFICE

By s/ *Joseph Y. Hong*
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
One Summerlin
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
Tel: (702) 870-1777

**Case Name:** BNYM v. Sun City Anthem Community Association, Inc; et al.
**Case Number:** 2:17-cv-02161-APG-PAL

## ORDER

**IT IS SO ORDERED.**

Dated July 31, 2020

_____
**UNITED STATES DISTRICT JUDGE**

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and that I am not a party to, nor interested in, this action. On the 20th day of July, 2019, I did cause a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL FOR DEFENDANT/COUNTERCLAIMANT 2167 MAPLE HEIGHTS TRUST** to be served upon all parties involved in this litigation by the method indicated:

___ U.S. Mail
___ U.S. Certified Mail
___ Facsimile Transmission
___ Federal Express
_X_ Electronic Service via CM/ECF
___ E-Mail

/s/ Debra L. Batesel
An Employee of Hong & Hong Law Office

4